RECEIVED
APR 1 2 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) SEE ATTACHED

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): DAVOR PEVEC

Firm Name: LAW OFFICES OF DAVOR PEVEC

06-289 L

Post Office Box:

Street Address: 1001 BISHOP ST. ASB TOWER, SUITE 1360

City-State-Zip: HONOLULU, HAWAII 96813

Telephone & Facsimile Numbers: 808-599-5655; FAX 310-402-5983

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ☐ ☐ ☐

See attached sheet for three-digit codes.

Amount Claimed: $ 384,247,017.00

Use estimate if specific amount is not pleaded.

Bid Protest: $______

Indicate approximate amount of procurement at issue.

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ______

Related Cases:

If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# LIST OF ALL PLAINTIFFS

1 MOSES ABRAHAM
2 JACKSON ADING
3 BOAZ DAVID
4 JAMES GIDEON
5 BALIKEN JACKSON
6 HARRY JACKSON
7 KOSIMA JOHANNES
8 ISMAEL JOHN
9 EBEL JOSEPH
10 KUNIO JOSEPH
11 JINET LANGRUS
12 SAM LEVAI
13 ISAHO LUTHER
14 DAVID OBET
15 BIKENJI PAUL
16 NEPTALI PETER
17 GEORGE YOSHITARO