
15°
15°
Taongi
ENEWETAK
Bikar
Rongelap
Bikini
Rongerik
Utirik
Ailinginae
Taka
Ailuk
Jemo
Mejit
Wotto
10°
10°
Wotje
Ujelang
Kwajalein
Likiep
Ujae
Erikub
(Ratak Chain)
Maloelap
Lae
Aur
Lib
(Ralik Chain)
Namu
Majuro
Ailinglapalap
Arno
Jaluit
Mili
Narik
Kosrae
Namorik
Kili
5°
5°
Ebon
160°
165°
170°

EXHIBIT A