
BOKEN (Irene)
ENJEBI
(Janet)
MIJIKADREK (Kate)
KIDRINEN (Lucy)
TAIWEL (Percy)
BOKENELAB (Mary)
ELLE (Nancy)
AEJ (Olive)
LUJOR (Pearl)
ELELERON (Ruby)
AOMON (Sally)
BIJIRE (Tilda)
LOJWA (Ursula)
(Edna) BOKINWOTME
(Daisy) LOUJ
(Clara) KIRUNU
BOKAIDRIKORIK (Helen)
BOKOMBAKO (Belle)
BOKOLUO (Alice)
Ocean
Ocean
Lagoon
ALEMBEL (Vera)
BILLAE (Wilma)
UNIBOR (Mack)
RUNIT (Yvonne)
DREKATIMON (Oscar)
BOKO (Sam)
MUNJOR (Tom)
INEDRAL (Uriah)
(Van)
JINEDROL (Alvin)
ANANIJ (Bruce)
DRI ENJEBI
(The Enjebi People - Former Political Div.)
DRI ENEWETAK
(The Enewetak People - Former Political Div.)
(Leroy) BIKEN
Southwest Passage
JINIMI (Clyde)
JAPTAN
(David)
(Rex) JEDROL
Lagoon
Deep Entrance
(Elmer)
MEDREN
(Keith) KIDRENEN
(James) RIBEWON
(Irwin) BOKEN
(Henry) MUT
(Glenn) IKUREN
Wide Passage
BOKANDRETOK (Walt)
(Fred)
ENEWETAK

**EXHIBIT B**