This document consists of 1 pages
Copy No. 1 of 7 Series A

TOP SECRET

TOP SECRET

By Authority of the U. S. Atomic Energy Commission
Per: Sam McCormack Date 11-25-47
Document No. L X 1-88-1A

Classification Changed To Confidential
By Authority of Ltr. AEC 21 Oct 49
8 Nov 49 James F. Collins
Date Signature

SUGGESTED DIRECTIVE

Dear Mr. Secretary:

You are hereby directed to effect the evacuation of the natives of Eniwetok Atoll preliminary to the carrying out of tests of atomic weapons early in 1948, and in accordance with the enclosed memorandum addressed to me by the Chairman of the Atomic Energy Commission.

Sincerely yours,

Harry S. Truman
HARRY S. TRUMAN

The Honorable,
The Secretary of Defense,
Washington, D. C.

Enclosure:
Memorandum for the President,
signed David E. Lilienthal,
dated November 25, 1947

EXHIBIT C
1 OF 4

TOP SECRET

Authority NND 798030
By TCN 2/16/02

This document consists of 3 pages.
Copy No. 1 of 3 Series.

TOP SECRET

LXI -103-1A

D R A F T
11/20/47

Confidential
ltr AEC 21 Oct 49
8 Nov 49 James G. Collins

MEMORANDUM FOR THE PRESIDENT

Subject: Test of Atomic Weapons

On June 27, 1947, you approved the Atomic Energy Commission's proposal for a program to test atomic weapons early in 1948, directing that you be informed when a definitive plan was ready. On July 19, 1947, you further approved a public release which stated that the Atomic Energy Commission is establishing proving grounds in the Pacific for routine experiments and tests of atomic weapons.

The recommendation of the Commission, based on technical requirements, that Eniwetok Atoll be the test site, was approved by the Joint Chiefs of Staff. No other site but Eniwetok, is suitable and none other is as feasible considering present installations and logistic requirements. Other islands in the Pacific, including non-Trust Territory, will of course be involved in the logistical preparation and support of the test. It has been determined by the Atomic Energy Commission that the use of Eniwetok will require the evacuation of 145 natives. It is recommended that the Secretary of ~~the Navy~~ Defense be directed by the President to effect this evacuation. ~~A suggested directive is enclosed.~~ RAB

In order to insure that the United States meets fully its international obligations under the Charter of the United Nations and in connection with the Trusteeship Agreement entered into with the United States and the Security Council respecting the Trust Territory of the Pacific, special provisions will be made for local inhabitants as follows:

EXHIBIT C
2 OF 4

TOP SECRET

TOP SECRET

1. They will be accorded all rights which are the normal constitutional rights of citizens under the Constitution, but will be dealt with as wards of the United States for whom this country has special responsibilities.

2. The displacement of local inhabitants will be kept to the minimum required for their own safety and well being and will not be accomplished merely for considerations of convenience.

3. The displacement of local inhabitants will be effected by agreements reached with them regarding resettlement, including fully adequate provision for their well being in their new locations.

The Atomic Energy Commission and the Secretary of Defense will undertake to supply to the State Department evidence sufficient to demonstrate in an international forum that in conducting such experimentation in Eniwetok, the United States is not thereby subjecting the local inhabitants of the Trust Territory of the Pacific to perceptibly greater danger than, say, the people of the United States.

The operations projected will involve the recovery of title from the Chinese Government of surplus property originally valued at an estimated $1,000,000.

Two shots are definitely planned with provisions made for a third, in the event data obtained from the two shots prove inadequate. The target date for the first shot is April 15, 1948.

The Armed Forces will provide the military operational and logistical support necessary to the Commission's scientific

TOP SECRET

EXHIBIT C
3 OF 4

TOP SECRET

TOP SECRET



requirements. The Joint Chiefs of Staff have assembled a Task Force for the purpose. The Commission's scientific group, headed by a Test Director, has been placed under the Task Force Commander for over-all operational control.

It is estimated that the total expenditure will be $27,500,000, of which $20,000,000 will represent the cost of the participation of the Armed Forces above their normal operations. This cost will be borne by the Atomic Energy Commission.

Over-all security will be the responsibility of the Task Force Commander. There will be no public release of information regarding the test, or the preparation made for it, except by agreement between the Commission, the Secretary of State, and the Secretary of Defense.

The Joint Congressional Committee on Atomic Energy will be advised of this test program (though not the precise target date) upon your approval.

UNITED STATES ATOMIC ENERGY COMMISSION

David E. Lilienthal
Chairman

TOP SECRET

EXHIBIT C
4 OF 4