**BEFORE THE NUCLEAR CLAIMS TRIBUNAL**

**REPUBLIC OF THE MARSHALL ISLANDS**

In the Matter of

the People of Enewetak, et al.,

Claimants for Compensation

NCT No. 23-0902

**ORDER**

On April 13, 2000, the Tribunal issued a MEMORANDUM OF DECISION AND ORDER in this claim, determining that the amount of compensation due to the people of Enewetak for damage to property resulting from or arising out of the U.S. Nuclear Testing Program was $324,949,311. This amount included $17.7 million for soil rehabilitation and revegetation of affected lands. On April 26, 2000, Claimants filed a MOTION TO AMEND MEMORANDUM OF DECISION AND ORDER FILED ON APRIL 13, 2000, requesting the Tribunal include in its determination the entire costs necessary to rehabilitate all the lands on Enewetak. Based upon the amount and the exhibit cited by the Tribunal in its MEMORANDUM OF DECISION, Claimants assert that the $17.7 million identified by the Tribunal included amounts only for soil rehabilitation and revegetation of the southern islands and 392 acres of the northern islands where no soil scraping is required for radiological clean up. The lands which will require removal of contaminated soil will require an additional $16.1 million for soil rehabilitation and revegetation.

Because of the manner of presentation of the costs of rehabilitation in Claimants' exhibits, the Tribunal did not include the funds necessary for soil rehabilitation and revegetation for those lands where soil removal is a part of the restoration methodology. It was the intent of the Tribunal to include an amount sufficient to restore the lands of Enewetak to productivity. In some sense, these lands are where the need for soil restoration and revegetation is most compelling.

**EXHIBIT F**

The Defender of the Fund filed a "non-opposition" to Claimants' motion on May 3, 2000.

THEREFORE, it is hereby ORDERED, that the Tribunal's MEMORANDUM OF DECISION AND ORDER of April 13, 2000 is AMENDED to include an additional $16.1 million as the cost to restore the soil and revegetate the 558 acres subject to soil removal as part of the radiological cleanup, thus bringing the total amount of damages to $341,049,311.

Dated this 5th day of May, 2000.

/s/Oscar de Brum

OSCAR DEBRUM
CHAIRMAN

/s/Gregory J. Danz

GREGORY J. DANZ
MEMBER

/s/James H. Plasman

JAMES H. PLASMAN
MEMBER