**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-289L** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **Hon. Christine O.C. Miller** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Bruce K. Trauben as counsel of record for Defendant United States of America in the above-captioned action.

Service of all papers by U.S. Mail should be addressed as follows:

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663

Service of papers by overnight and hand deliveries should be addressed as follows:

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3607
Washington, D.C. 20004

Facsimiles should be sent to: (202) 305-0267.

Respectfully submitted,

/s/ Bruce K. Trauben

Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0267 (fax)
bruce.trauben@usdoj.gov (e-mail)

Dated: May 16, 2006