# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ISMAEL JOHN, *et al., pro se*,** *

Plaintiffs, *

v. * No. 06-289L

**THE UNITED STATES,** * (Filed June 12, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______By June 19, 2006, defendant shall advise whether a similar action is pending in federal district court, and, if so, submit a copy of that complaint, which the court will treat as a motion for summary dismissal. See Boiser v. United States, No. 06-78L (Fed. Cl. June 12, 2006) (copy attached).

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge