**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-289 L** |
| **v.** | ) | |
| | ) | **Hon. Christine O.C. Miller** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO ORDER FILED JUNE 12, 2006**

On June 12, 2006, this Court issued an Order directing Defendant to advise the Court "whether a similar action is pending in federal district court, and, if so, submit a copy of that complaint . . . ." To respond to the Court's June 12 Order, Defendant contacted by telephone the Clerk's office of the U.S. District Court for the District of Hawaii and, upon the instructions of that office, searched the District of Hawaii's records for any pending action involving the same plaintiffs, including the People of Enewetak, using PACER. Defendant also searched the records of the U.S. District Court for the District of Columbia, using PACER. (Additionally, on July 12, counsel for defendant attempted, without success, to contact counsel for plaintiffs.)

No similar action involving any of the named plaintiffs or the People of Enewetak was found.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Bruce K. Trauben
______________________________
Bruce K. Trauben
Natural Resources Section

Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0506 (fax)

Dated: July 12, 2006