AK =1

DRAFTER W F JENNINGS EXTENSION NUMBER 62338 ADDRESSEES PRECEDENCE

| | | | |
|---|---|---|---|
| FROM: CNO | | ASTERISK (*) MAILGRAM ADDRESSEE | |
| RELEASED BY: ADM RAMSEY | FOR ACTION | HICOMTERPACIS ADMIN | PRIORITY PPPPP ROUTINE DEFERRED |
| DATE: 5 DEC 47 | | | |
| TOR CODE ROOM: 1318 | | | |
| DECODED BY: | INFORMATION | DEPHICOMTERPACIS CINCPACFLT | PRIORITY PPPP ROUTINE DEFERRED |
| TYPED BY: BAKER | | | |
| ROUTED BY: MORRILL | | | |

UNLESS OTHERWISE INDICATED THIS DISPATCH WILL BE TRANSMITTED WITH DEFERRED PRECEDENCE

051318Z NCR 10521

ORIGINATOR FILL IN DATE AND TIME DATE TIME GCT

ON OUTGOING DISPATCHES PLEASE LEAVE ABOUT ONE INCH CLEAR SPACE BEFORE BEGINNING TEXT

PURSUANT TO ORDERS FROM THE PRESIDENT THE SECRETARY OF DEFENSE HAS DIRECTED SECNAV TO EFFECT THE EVACUATION OF THE NATIVES OF ENIWETOK.

IN RECOMMENDING THIS ACTION THE ATOMIC ENERGY COMMISSION STATED THAT THE INHABITANTS OF THE ATOLL WOULD BE ACCORDED THE NORMAL CONSTITUTIONAL RIGHTS ACCRUING TO U S CITIZENS UNDER THE CONSTITUTION AND TREATED AS WARDS OF THE UNITED STATES; THAT THEIR RELOCATION WOULD BE EFFECTED BY MUTUAL AGREEMENT AND THAT ADEQUATE PROVISION WOULD BE MADE FOR THEM IN THEIR NEW LOCATION.

ADHERE TO FOREGOING STIPULATIONS AND KEEP CNO FULLY INFORMED REGARDING DETAILS AND PROGRESS OF RELOCATION.

ADVISE DATE ON WHICH NEGOTIATIONS WERE OPENED WITH ENIWETOK PEOPLE.

22...ORIG

OP007...JTF7...

...33(36)....(PER OP22 12/5/47)

EXHIBIT D

Case No. 23-00902
Claimant's Exhibit 29
Rec'd ______, 19___
Clerk

DECLASSIFIED

SECRET

Make original only. Deliver to Code Room Watch Officer in person. (See Art. 76 (4) NAVREGS)

MAY BE HANDLED AS CORRESPONDENCE OF SAME CLASSIFICATION.

OPNAV 19-67

051318Z