**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-289 L** |
| **v.** | ) | |
| | ) | **Hon. Christine O.C. Miller** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO RESPOND TO AMENDED COMPLAINT**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for an enlargement of time of twenty-two (22) days from the current deadline, to and including Friday, September 15, 2006, in which to respond to Plaintiffs' Amended Complaint. Defendant's response to the Amended Complaint, which Plaintiffs filed August 10, 2006, currently is due on Thursday, August 24, 2006, pursuant to RCFC 6 and 15(a). This is Defendant's first request for an extension of time to respond to the Amended Complaint.

Previously, Defendant requested and obtained a sixty-day extension of time to respond to the initial Complaint, extending the due date from June 12, 2006 to August 14, 2006. In the meantime, before Defendant filed its response, Plaintiffs filed their Amended Complaint. In their Amended Complaint, Plaintiffs added 24 new paragraphs of factual allegations, and they added two new theories of liability in Counts V and VI. Accordingly, this enlargement of time is necessary to allow defense counsel additional time to fully consider the new allegations and legal theories asserted in Plaintiffs' 66-page Amended Complaint to formulate an appropriate response, and to coordinate that response with counsel for several federal agencies.

Counsel for Plaintiffs has authorized counsel for Defendant to represent that Plaintiffs do not object to this motion for an enlargement of time.

Accordingly, Defendant respectfully moves for an enlargement of time of twenty-two (22) days in which to respond to Plaintiffs' Amended Complaint, from the current August 24 deadline to and including Friday, September 15, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Bruce K. Trauben
____________________________

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0267/0506 (fax/alt. fax)

Dated: August 15, 2006