**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ISMAEL JOHN, et al.,** **Plaintiffs,** v. **THE UNITED STATES OF AMERICA,** **Defendant.** | ) | **No. 06-289L** **Hon. Christine O.C. Miller** |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**<u>IN WHICH TO RESPOND TO AMENDED COMPLAINT</u>**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for an enlargement of time of one (1) business day from the current deadline of September 15, 2006, to and including Monday, September 18, 2006, in which to respond to Plaintiffs' Amended Complaint. This is Defendant's second request for an extension of time to respond to the Amended Complaint, but it is limited to only one business day.

This one-day enlargement of time is necessary to allow defense counsel additional time to coordinate the government's response with counsel for several federal agencies, including within the Department of Justice, and to finalize for filing Defendant's response to the Amended Complaint.

Plaintiffs, through counsel, do not object to this motion for an enlargement of time.

Accordingly, Defendant respectfully moves for an enlargement of time of one (1) business day to respond to Plaintiffs' Amended Complaint to and including Monday, September 18, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Bruce K. Trauben
____________________________

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0506 (fax)

Counsel for Defendant

Dated: September 15, 2006