UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ISMAEL JOHN, et al., For themselves and For a Class Consisting of the People of Enewetak,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-289 L<br><br>Hon. Christine O.C. Miller |

PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs hereby move pursuant to RCFC 6(b) for an enlargement of time of sixty (60) days up to and including December 18, 2006 in which to respond to Defendant's Motion to Dismiss. A response to the Motion to Dismiss currently is due on October 19, 2006. This is Plaintiffs' first request for an extension of time.

Counsel for Defendant has authorized counsel for Plaintiffs to represent that Defendant does not object to this motion for enlargement of time.

Defendant United States initially requested and obtained a sixty (60) day extension to respond to Plaintiff's Complaint. After the Amended Complaint was filed, Defendant requested and obtained a twenty-two (22) day extension to respond to the Amended Complaint. Defendant requested and obtained a third extension of time to respond to the Amended Complaint on September 15, 2006. All of Defendant's motions for enlargement of time were unopposed. Consequently, Defendant had, in essence, from mid-April to mid-September (over 150 days) to formulate its response to Plaintiffs' claims.

Defendant's 37-page Motion to Dismiss covers a broad range of complex and interconnected legal theories that go to the heart of this case. It also makes numerous references to litigation stretching back more than 25 years. Plaintiffs thus require this additional time to review the defendant's brief, conduct additional research, and develop an appropriate response.

This enlargement of time is necessary to permit Plaintiffs to fully consider the Motion to Dismiss.

Respectfully submitted,

s/ Davor Pevec

Davor Pevec, Attorney of Record

Law Offices of Davor Pevec
American Savings Bank Tower
1001 Bishop Street, Suite 1360
Honolulu, Hawaii 96813
Fax: 310-402-5983
Phone: 808-599-5655
Email: dzpevec@aol.com

Attorney for Plaintiffs

Dated: October 3, 2006

Of Counsel:

Jon Van Dyke
2515 Dole Street
Honolulu, Hawaii 96822
Fax: 808-956-5569
Phone: 808-956-8509
Email: jvandyke@hawaii.edu