UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ISMAEL JOHN, et al., For themselves and For a Class Consisting of the People of Enewetak, | ) | No. 06-289 L |
| Plaintiffs, | ) | |
| | ) | Hon. Christine O.C. Miller |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' UNOPPOSED MOTION TO EXCEED 40 PAGE LIMITATION ON THE LENGTH OF ITS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS BY 10 PAGES

Plaintiffs hereby move pursuant to RCFC 5.2(b)(1) for leave to exceed the 40 page limitation on the length of its Memorandum in Opposition to Defendant's Motion to Dismiss by 10 pages, thereby enlarging the permitted length from 40 to 50 pages.

Rule 5.2(b)(1) limits initial opposing briefs or memoranda to 40 pages and requires leave of the court to enlarge the length of the opposing brief or memorandum.

Defendant filed a Motion to Dismiss and Memorandum in Support Thereof on September 18, 2006. Defendant's 37-page Motion to Dismiss covers a broad range of complex and interconnected legal theories that go to the heart of this case. It also makes numerous references to litigation stretching back more than 25 years. Plaintiffs thus require this enlargement of the length of their opposing memorandum from 40 to 50 pages to enable them to present a thorough and appropriate response to Defendant's Motion to Dismiss.

Counsel for Defendant has authorized counsel for Plaintiffs to represent that Defendant does not object to this motion to exceed the length of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss by 10 pages, thereby enlarging the permitted length from 40 to 50 pages.

Respectfully submitted,

s/ Davor Pevec

Davor Pevec, Attorney of Record

Law Offices of Davor Pevec
American Savings Bank Tower
1001 Bishop Street, Suite 1360
Honolulu, Hawaii 96813
Fax: 310-402-5983
Phone: 808-599-5655
Email: dzpevec@aol.com

Attorney for Plaintiffs

Dated: December 7, 2006

Of Counsel:

Jon Van Dyke
2515 Dole Street
Honolulu, Hawaii 96822
Fax: 808-956-5569
Phone: 808-956-8509
Email: jvandyke@hawaii.edu