**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-289 L** |
| **v.** | ) | |
| | ) | **Hon. Christine O.C. Miller** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

Defendant United States hereby moves pursuant to RCFC 6(b) for an enlargement of time of four weeks from the current deadline, to and including Tuesday, January 30, 2007, in which to reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss ("Plaintiffs' Opposition"). A reply to Plaintiffs' Opposition currently is due on Tuesday, January 2, 2007. This is Defendant's first request for an enlargement of time to file its reply brief. Plaintiffs' counsel does not oppose this request.

Defendant filed its motion to dismiss on September 18, 2006. Plaintiffs filed their Opposition on December 18, 2006. Defendant's reply would be due on January 2, 2007, under RCFC 7.2(c).

In light of the upcoming holidays and leave plans of involved government counsel, however, Defendant will not be able to prepare a draft reply brief, circulate it among the interested agencies, and receive and incorporate any comments upon the brief within sufficient time to file by January 2, 2007. This enlargement of time, therefore, is necessary to permit counsel for Defendant sufficient time to fully consider and prepare a reply to the issues raised in

Plaintiffs' 50-page Opposition, and to coordinate that reply with counsel for several federal agencies.

Accordingly, Defendant respectfully moves for an enlargement of time of four weeks from the current deadline, to and including Tuesday, January 30, 2007, in which to reply to Plaintiffs' Opposition.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Bruce K. Trauben

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0267 (fax)

Dated: December 19, 2006