# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ISMAEL JOHN, *et al.*,** *

Plaintiff, *

v. * No. 06-289L

**THE UNITED STATES**, * (Filed Mar. 14, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The People of Bikini, The People of Bikini v. United States, No. 06-288C (Fed. Cl. filed Apr. 11, 2006) , filed a complaint in the United States Court of Federal Claims on April 11, 2006. The following day, plaintiffs filed their complaint. On September 18, 2006, defendant filed a motion to dismiss. Plaintiffs filed their response on December 18, 2006. Defendant's reply was filed on January 30, 2007.

Briefing in this case and in The People of Bikini, No. 06-288C, is complete. The court's review of the briefing indicates that the cases are directly related under the criteria set forth in RCFC 40.2(a). Accordingly,

**IT IS ORDERED**, as follows:

1. Both plaintiffs and defendant shall file by 5:00 p.m. on Friday, March 23, 2007, a brief showing cause as to why the motions should not be argued and decided together and whether they should not be consolidated for further proceedings pursuant to RCFC 42(a).

2. Oral argument on defendant's motion to dismiss will be held on Wednesday, April 4, 2007, in the Howard T. Markey National Courts Building. If this case is consolidated for the purposes of argument on defendant's motion to dismiss with The People of Bikini, No. 06-288C, oral argument will be held at 2:00 p.m. Alternatively, if these cases are not consolidated, oral argument will be held at 4:00 p.m.

3. The Clerk of the Court shall serve a copy of this order on counsel for plaintiffs and defendants in The People of Bikini, No. 06-288C.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge