UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ISMAEL JOHN, et al., For themselves and For a Class Consisting of the People of Enewetak, Plaintiffs, | ) | No. 06-289 L |
| v. | ) | Hon. Christine O.C. Miller |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFFS RESPONSE TO SHOW CAUSE ORDER**

In response to the Court's order of March 14, 2007, plaintiffs do not object to having the defendant's motion to dismiss in this case and in The People of Bikini, No. 06-288C, argued and decided together, nor do they object to having these two cases consolidated for other relevant further proceedings pursuant to RCFC 42(a).

After conferring with all counsel in these two cases and with the Court, Plaintiffs understand that the date and time of the hearing on defendant's motion to dismiss in these two cases will be April 20, 2007 at 2:00 p.m.

Respectfully submitted,

s/ Davor Pevec_
Davor Pevec

Law Offices of Davor Pevec
American Savings Bank Tower
1001 Bishop Street, Suite 1360
Honolulu, Hawaii 96813
Fax: 310-402-5983
Phone: 808-599-5655
Email: dzpevec@aol.com
Attorney for Plaintiffs

Dated: March 23, 2007

Of Counsel:

Jon Van Dyke
2515 Dole Street
Honolulu, Hawaii 96822
Fax: 808-956-5569
Phone: 808-956-8509
Email: jvandyke@hawaii.edu