# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ISMAEL JOHN *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-289L |
| **THE UNITED STATES**, | * | (Filed Mar. 28, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the show cause order entered on March 14, 2007, in this case and in The People of Bikini, No. 06-288C, and the court having considered the parties' respective responses to ¶ 1 of that order, plaintiffs having no objection and defendant objecting to consolidation, but agreeing to consolidation only for purposes of argument,

**IT IS ORDERED**, as follows:

1. This case is consolidated only for purposes of argument with The People of Bikini, No. 06-288C.

2. At the parties' request and to comport with previously scheduled matters, ¶ 2 of the March 14, 2007 order is modified insofar as argument will be held at 10:00 a.m. on Monday, April 23, 2007. Counsel for plaintiffs jointly and counsel for defendant shall be allotted two hours each for opening argument and reply. Plaintiffs' counsel shall allocate their time as they see fit.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge