**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ISMAEL JOHN, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-289 L** |
| **v.** | ) | |
| | ) | **Hon. Christine O.C. Miller** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S NOTICE OF FILING</u>**

Pursuant to the Court's order dated April 24, 2007, Defendant, the United States, is filing with this Notice the following documents:

(1) A copy of the "Report Evaluating the Request of the Government of the Republic of the Marshall Islands presented to the Congress of the United States of America," dated November 2004.[1/] Attached hereto as Attachment 1.

(2) A copy of the United States' consolidated brief filed in the Court of Appeals for the Federal Circuit in <u>People of Bikini, Enewetak, Rogelap, Utrik and other Marshall Islands Atolls v. United States</u>, Fed. Cir. Nos. 88-1206, - 1207, -1208. Attached hereto as Attachment 2.

[1/] The Court's order identifies this report as having been submitted to Congress on January 24, 2004. As seen in attachment 1 to this filing, the cover letter to the report, signed by Marc Grossman, Under Secretary of State for Political Affairs, transmitting the report to Congress is dated January 4, 2004. We have consulted with plaintiffs' counsel and have confirmed that the attached transmittal letter and November 2004 report are the same documents referred to in paragraph 100 of plaintiffs' amended complaint and that were discussed by the parties during the hearing on April 23, 2007.

Respectfully submitted,

MATTHEW J. McKEOWN
Environment and Natural Resources Division
Acting Assistant Attorney General

s/ Bruce K. Trauben
BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 305-0238
Fax: (202) 305-0267

OF COUNSEL:
KATHRYN A. BLEECKER
Assistant Director
U.S. Department of Justice
Civil Division
1100 L Street, NW, 8th Fl.
Washington, D.C. 20530
Tel.: (202) 307-6288

Dated: May 3, 2007