# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ISMAEL JOHN *et al.*,** *

Plaintiffs, *

v. * No. 06-289L

**THE UNITED STATES**, * (Filed June 7, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' telephonic request this date for an extension of time,

**IT IS ORDERED**, as follows:

Paragraph 1 of the order entered on June 6, 2007, is modified insofar as the parties shall file their briefs by June 25, 2007.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge