# In the United States Court of Federal Claims

**No. 06-289 L**

**ISMAEL JOHN, ET AL., FOR THEMSELVES AND FOR A CLASS CONSISTING OF THE PEOPLE OF ENEWETAK,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed August 2, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Counts III, IV, V and VI of plaintiffs' Amended Complaint are dismissed, without prejudice, for lack of subject matter jurisdiction. Judgment is entered in favor of defendant with respect to Counts I and II. No costs.

Brian Bishop
Clerk of Court

**August 3, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.