FILED
SEP 27 2007
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ISMAEL JOHN, ET AL., FOR THEMSELVES AND FOR A CLASS CONSISTING OF THE PEOPLE OF ENEWETAK, Plaintiffs, v. THE UNITED STATES, Defendant. | **No. 06-289 L** **NOTICE OF APPEAL** |

Notice is hereby given that ISMAEL JOHN, JACKSON ADING, JAMES GIDEON, KUNIO JOSEPH, HARRY JACKSON, BOAZ DAVID, SAM LEVAI, BALIKEN JACKSON, DAVID OBET, KOSIMA JOHANNES, JINET LANGRUS, EBEL JOSEPH, GEORGE YOSHITARO, ISAHO LUTHER, BIKENJI PAUL, NEPTALI PETER, and MOSES ABRAHAM, FOR THEMSELVES AND FOR A CLASS CONSISTING OF THE PEOPLE OF ENEWETAK in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment and from an order of dismissal entered in this action on August 3, 2007.

Davor Pevec
Attorney for Plaintiffs

Law Offices of Davor Pevec
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Fax: 310-402-5983
Phone: 808-599-5655
Email: dzpevec@aol.com

Dated: September 27, 2007

Of Counsel:

Jon Van Dyke
2515 Dole Street
Honolulu, Hawaii 96822
Fax: 808-956-5569
Phone: 808-956-8509
Email: jvandyke@hawaii.edu