# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
SEP 2 8 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5176 - JOHN V US**

**Date of docketing**: 09/28/2007

**Appeal from**: United States Court of Federal Claims case no. 06-CV-289

**Appellant(s)**: Ismael John, Baliken Jackson, Bikenji Paul, Boaz David, David Obet, Ebel Joseph, George Yoshitaro, Harry Jackson, Isaho Luther, James Gideon, Jinet Langrus, Kosima Johannes, Kunio Joseph, Moses Abraham, Neptali Peter, Sam Levai and Jackson Ading

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Davor Z. Pevec
Bruce K. Trauben

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5176

ISMAEL JOHN, JACKSON ADING, JAMES GIDEON,
KUNIO JOSEPH, HARRY JACKSON, BOAZ DAVID,
SAM LEVAI, BALIKEN JACKSON, DAVID OBET,
KOSIMA JOHANNES, JINET LANGRUS, EBEL JOSEPH,
GEORGE YOSHITARO, ISAHO LUTHER, BIKENJI PAUL,
NEPTALI PETER, and MOSES ABRAHAM, for Themselves
and for a Class Consisting of the People of Enewetak,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-289,
Judge Christine O.C. Miller.

Authorized Abbreviated Caption[2]

JOHN v US, 2007-5176

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.